1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
6  FAX: (415) 436-7169
   Melanie.Proctor@usdoj.gov
7
   Attorneys for Respondents
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | LEONARDO VELASQUEZ-GUZMAN, ) | No. C 10-0321 MHP
                                )
13 |                  Petitioner, )
                                )
14 |             v.               )
                                )  JOINT MOTION TO BE EXEMPT FROM
15 | ERIC HOLDER, Attorney General of the )  FORMAL ADR PROCESS; ~~PROPOSED~~
   | United Stats, et al.,         )  ORDER
16 |                                )
   |                   Respondents. )
17 |_____)

18     Each of the undersigned certifies that he or she has read either the handbook entitled
19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
21 resolution options provided by the court and private entities, and considered whether this case might
22 benefit from any of them.
23     Here, the parties agree that referral to a formal ADR process will not be beneficial because
24 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to
25 adjudicate the application for naturalization. Given the substance of the action and the lack of any
26 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
27 court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed
28 from the ADR Multi-Option Program and that they be excused from participating in the ADR phone

JOINT MOTION RE: ADR
No. C 10-0321 MHP

1  conference and any further formal ADR process.

2  Dated: April 15, 2010                    Respectfully submitted,

3                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
4

5                                           _____/s/_____
                                            MELANIE L. PROCTOR[1]
6                                           Assistant United States Attorney
                                            Attorneys for Respondents
7

8
   Dated: April 15, 2010                    _____/s/_____
9                                           FRANK SPROULS
                                            Attorney for Petitioner
10
                                **ORDER**
11
        Pursuant to stipulation, IT IS SO ORDERED.
12

13 Date: 4/16/2010

14                                          MARILYN HALL PATEL
                                            United States District Judge
15

[court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION RE: ADR
No. C 10-0321 MHP                           2