```
LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California  94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leonardo Velasquez-Guzman<br>Petitioner,<br><br>v.<br><br>ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES AND CHARLES DE MOORE,<br>Acting District Director<br>, San Francisco Office, U.S. IMMIGRATION AND NATURALIZATION SERVICE<br>Respondent. | **JOINT MOTION TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>CMC: 05/10/10<br><br>Time: 4:00<br><br>CRT,- 15<br><br>CV-10 0321 MHP |

  Counsel for Petitioner has a previously scheduled trip to Mexico that conflicts with the above date.

  The parties have filed the Joint Case Management Statement and there are no facts or procedures in dispute and the parties have stipulated and agreed that the case can be disposed of through Cross Summary Judgment Motions.

  The parties therefore would ask the Court to adopt the Case Joint Case Management Statement, <u>Guzman v. Holder, 3:10-cv 00321 MHP</u>

1

Management Schedule and to vacate the above date.

Dated: 4/30/2010

/s/_____
Frank P. Sprouls
Attorney for Petitioner

/s/_____
Melanie Proctor
Assistant United States Attorney
Attorney for Respondents

PROPOSED ORDER

The Court hereby VACATES the Case Management Conference.  IT IS SO ORDERED **, subject to schedule set by Clerk of Court.**

Dated: 5/3/2010                        _____
                                       MARILYN HALL PATEL
                                       United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Joint Case Management Statement, Guzman v. Holder, 3:10-cv-00321 MHP                                                          2